**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7618**

———————

JAMES MADISON MCCAULEY,

                                        Plaintiff - Appellant,

        versus

GENE JOHNSON, Director, Virginia Department of
Corrections; FRED SCHILLING, Virginia
Department of Corrections, Health Services
Director; KATHLEEN J. BASSETT, Virginia
Department of Corrections, Warden, Keen
Mountain Correctional Center; MARY GILBERT,
Virginia Department of Corrections,
RNCB/Medical Supervisor,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (7:07-cv-00244-JCT)

———————

Submitted: January 28, 2008        Decided: February 13, 2008

———————

Before MOTZ and KING, Circuit Judges, and WILKINS, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Madison McCauley, Appellant Pro Se.  William W. Muse,
Assistant Attorney General, Richmond, Virginia; Susan A. Waddell,
GUYNN, MEMMER & DILLON, PC, Salem, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Madison McCauley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>McCauley v. Johnson</u>, No. 7:07-cv-00244-JCT (W.D. Va. Oct. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>